CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
SEP 28 2007
JOHN F. CORCORAN, CLERK
BY: HMcDonad
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| RODNEY E. TAYLOR,<br>Plaintiff, | )<br>) Civil Action No. 7:07cv00448<br>) |
| v. | ) **FINAL ORDER**<br>) |
| GARY CLORE, et al.,<br>Defendants. | ) By: Hon. Jackson L. Kiser<br>) Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this action shall be and hereby is **DISMISSED** pursuant to 28 U.S.C. § 1915A. Any pending motions are hereby **DENIED as MOOT**, and this case shall be **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and accompanying memorandum opinion to plaintiff.

ENTER: This 28th day of September, 2007.

/s/ Jackson L. Kiser
Senior United States District Judge

8